```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shri Dayavant LLC,

                              Plaintiff,

    -against-

MT Hawley Insurance Company,

                              Defendant.

1:24-cv-02405 (JAV) (SDA)

ORDER SCHEDULING
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

    A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Friday, June 27, 2025, at 10:00 a.m. The conference shall proceed via Microsoft Teams.

    The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Friday, June 20, 2025).

SO ORDERED.

Dated:     New York, New York
            May 21, 2025

                                                      _____
                                                        STEWART D. AARON
                                                        United States Magistrate Judge